■ In the Matter of EUSTACE WILLS, Appellant, v GOVERNMENT EMPLOYEES INSURANCE COMPANY, Respondent. [661 NYS2d 972] —In a proceeding pursuant to CPLR article 75 to compel arbitration of an underinsured motorist claim, the appeal is from a judgment of the Supreme Court, Kings County (Golden, J.), dated November 15, 1996, which denied the petition.

Ordered that the judgment is affirmed, with costs.

Contrary to the petitioner's contentions, pursuant to the terms of his policy of automobile liability insurance issued by Government Employees Insurance Company, his motorcycle is not covered by the policy (see, Matter of Liberty Mut. Ins. Co. v Panetta, 187 AD2d 719). Therefore, the Supreme Court properly denied his petition to compel arbitration. Miller, J. P., Copertino, Sullivan and Altman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WINSBERT F. COX, Also Known as WINSBURT COX, Appellant. [661 NYS2d 966] —Appeal by the defendant from a judgment of the County Court, Dutchess County (Dolan, J.), rendered May 23, 1996.

Ordered that the judgment is affirmed. (See, People v Kazepis, 101 AD2d 816.) Bracken, J. P., O'Brien, Santucci, Friedmann and Goldstein, JJ., concur.